**REDACTED COPY**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

FILED
2007 AUG 15 PM 1:58

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § § § | **INDICTMENT**<br><br>[Vio: COUNT ONE: 18 U.S.C. § 2243(b): Sexual Abuse of a Ward] |
| MICHELLE MARTINEZ | § § | |

**DR07CR0682**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 2243(b)]

On or about early April 2007, in the Western District of Texas, within the boundaries of Dismas Charities, a facility in which federal inmates are held in custody by direction of or pursuant to a contract or agreement with the United States Attorney General, Defendant,

MICHELLE MARTINEZ,

who was then employed as a Relief Monitor at Dismas Charities in Del Rio, Texas, did knowingly engage in a sexual act, to wit, contact between the mouth and the penis with federal inmate who was during this time in official detention and under the custodial, supervisory and disciplinary authority of the Defendant, all in violation of Title 18 United States Code, Section 2243(b).

A TRUE BILL.

JOHNNY SUTTON
United States Attorney

By: _____
JASON D. SCHALL
Assistant United States Attorney

**D R07 CR0682**

SEALED:
UNSEALED: XX

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: Val Verde           CASE# /JUDGE:_____

DATE: August 1, 2007        MAG. CT. #:_____   FBI#:_____

AUSA: Jason D. Schall

DEFENDANT: MICHELLE MARTINEZ

CITIZENSHIP: USC

INTERPRETER NEEDED: No       Language: ___

DEFENSE ATTORNEY:_____

ADDRESS OF ATTORNEY:_____

DEFENDANT IS: ____    DATE OF ARREST:_____

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT.

OFFENSE: (Code & Description): COUNT ONE: 18 U.S.C. § 2243(b) - Sexual Abuse of a Ward.

OFFENSE IS: FELONY.

MAXIMUM SENTENCE: COUNT ONE: 15 years imprisonment; a $250,000 fine; 5 years of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY: NO  REMARKS: See above. W/DT-CR-3