UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

FILED
2007 DE -6 AM 8:41

| UNITED STATES OF AMERICA | § | Cause No.: DR-07-CR-682 AML |
| --- | --- | --- |
| | § | |
| | § | **SUPERCEDING INFORMATION** |
| v. | § | |
| | § | [Violation: 18 U.S.C. § 4, Misprision of |
| | § | Felony] |
| MICHELLE MARTINEZ | § | |
| | § | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. § 4]

That on or about April 2007, in the Western District of Texas, Defendant,

MICHELLE MARTINEZ,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Sexual Abuse of a Ward, in violation of Title 18 United States Code, Section 2243(b), did conceal the same and did not, as soon as possible, make known the commission of the said felony to a judge or other person in civil or military authority within the United States, in violation of Title 18, United States Code, Section 4.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

By:_____
JASON D. SCHALL
Assistant United States Attorney

SEALED:
UNSEALED: XX

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: Val Verde   USAO #: 2007R04831   JUDGE: Alia Moses Ludlum

DATE: December 6, 2007   MAG. CT. #: DR-07-CR-682   FBI#: _____

AUSA: Jason D. Schall

DEFENDANT: Michelle Martinez

DATE OF BIRTH: _____

ADDRESS: _____

CITIZENSHIP: United States

INTERPRETER NEEDED: No   Language: N/A

DEFENSE ATTORNEY: Donald Flanary, III

ADDRESS OF ATTORNEY: 310 S. St. Mary's Street, 29th Floor, San Antonio, TX 78205

DEFENDANT IS: BOND   DATE OF ARREST: BOND

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETIES: _____

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: SUPERCEDING INFORMATION.

OFFENSE: (Code & Description): 18 U.S.C. § 4 - Misprision of Felony.

OFFENSE IS: FELONY.

MAXIMUM SENTENCE 3 years imprisonment; a $250,000 fine; 1 year of supervised release; and a $100 special assessment.

PENALTY IS MANDATORY: YES & NO   REMARKS: See above.   W/DT-CR-3